### 17123.    OVERSTREET *v.* THE STATE.

BROYLES, C. J. The motion for a new trial was based upon the usual general grounds only; the verdict was amply authorized by the evidence, and the judgment is *Affirmed. Luke, J., concurs. Bloodworth, J., not participating on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of possession of liquor; from Berrien superior court —Judge Knight. December 22, 1925.

*Jeff S. Story,* for plaintiff in error.

*H. C. Morgan, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 17124.    PAFFORD *v.* THE STATE.

LUKE, J. The motion for a new trial in this case is based on the general grounds only. The evidence authorized the defendant's conviction.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of assault and battery; from Berrien superior court —Judge Knight. December 22, 1925.

*Jeff S. Story,* for plaintiff in error.

*H. C. Morgan, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.